AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| JONES III, JOHN E. | US COURT-MIDDLE DISTRICT OF PA | 05/15/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US DISTRICT JUDGE | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

228 WALNUT STREET
HARRISBURG, PA 17108

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | DIRECTOR | AUBURN GOLF CAR CO. INC. |
| 2. | DIRECTOR | BUNKER HILL GOLF COURSE (CORP) |
| 3. | DIRECTOR | FAIRVIEW GOLF COURSE INC. |
| 4. | DIRECTOR | HIDDEN VALLEY GOLF COURSE INC. |
| 5. | DIRECTOR | PAT MAR CO. INC. |
| 6. | DIRECTOR | PHOENIX CONTRACTING CO. (CORP) |
| 7. | DIRECTOR | WEDGEWOOD GOLF COURSE INC. |
| 8. | DIRECTOR | WILLOW HOLLOW GOLF COURSE INC. |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2002 | THE STATE EMPLOYEES RETIREMENT SYSTEM (PENNSYLVANIA) FORMER EMPLOYER - VESTED PENSION |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/15/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | SUPREME COURT OF PENNSYLVANIA | 3/16 | PHILADELPHIA, PA | SPEAKER | MILEAGE |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/15/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BUNKER HILL GOLF COURSE INC. - FAMILY BUSINESS | | None | O | W | | | | | |
| 2. WILLOW HOLLOW GOLF COURSE INC. - FAMILY BUSINESS | | None | N | W | | | | | |
| 3. WEDGEWOOD GOLF COURSE INC. - FAMILY BUSINESS | G | Distribution | O | W | Sold (part) | 06/30/18 | M | G | |
| 4. HIDDEN VALLEY GOLF COURSE INC. - FAMILY BUSINESS | | None | M | W | | | | | |
| 5. FAIRVIEW GOLF COURSE INC. - FAMILY BUSINESS | | None | N | W | | | | | |
| 6. AUBURN GOLF CAR CO. INC. - FAMILY BUSINESS | | None | K | W | | | | | |
| 7. PARKWAY ANTHRACITE INC. - FAMILY BUSINESS | | None | J | W | | | | | |
| 8. PAT MAR CO. INC. - FAMILY BUSINESS | | None | M | W | | | | | |
| 9. RIVERVIEW BANK - CHECKING | | None | J | T | | | | | |
| 10. LOAN RECEIVABLE - PHOENIX CONTRACTING | C | Interest | M | T | | | | | |
| 11. MRK COMMON STOCK - IRA | A | Dividend | K | T | | | | | |
| 12. PEP COMMON STOCK - IRA | A | Dividend | K | T | | | | | |
| 13. PFE COMMON STOCK - IRA | A | Dividend | K | T | | | | | |
| 14. VERIZON - COMMON STOCK - IRA | A | Dividend | K | T | Sold (part) | 05/21/18 | J | | |
| 15. WELLS FARGO & CO - COMMON STOCK - IRA - WFC | A | Dividend | K | T | Sold (part) | 05/21/18 | J | A | |
| 16. INTEL CORP - COMMON STOCK - IRA | A | Dividend | K | T | Sold (part) | 01/08/18 | J | C | |
| 17. MICROSOFT CORP - COMMON STOCK - IRA | A | Dividend | K | T | Sold (part) | 07/11/18 | J | C | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. WALT DISNEY CO | A | Dividend | J | T | | | | | |
| 19. PHOENIX CONTRACTING - FAMILY BUSINESS | | None | J | W | | | | | |
| 20. AT&T INC - IRA | A | Dividend | J | T | | | | | |
| 21. JOHNSON AND JOHNSON - JNJ - IRA | A | Dividend | K | T | Sold (part) | 07/11/18 | J | B | |
| 22. ADVANTAGE MM A/C - OPPENHEIMER | A | Interest | | | Sold | 10/16/18 | K | | |
| 23. ABBVIE INC - IRA | A | Dividend | K | T | | | | | |
| 24. AMGEN - IRA | A | Dividend | K | T | | | | | |
| 25. APPLE INC - IRA | A | Dividend | K | T | | | | | |
| 26. BLACKROCK INC - IRA | A | Dividend | K | T | | | | | |
| 27. DOWDUPONT - IRA | A | Dividend | K | T | Sold (part) | 05/21/18 | J | A | |
| 28. DUKE ENERGY - IRA | A | Dividend | K | T | | | | | |
| 29. JP MORGAN CHASE - IRA | A | Dividend | K | T | | | | | |
| 30. KLA - TENCOR CORP - IRA | A | Dividend | J | T | Sold (part) | 05/21/18 | J | A | |
| 31. NEXTERA ENERGY INC - IRA | A | Dividend | K | T | | | | | |
| 32. PHILIP MORRIS INT'L - IRA | A | Dividend | | | Sold | 04/26/18 | J | | |
| 33. SUNTRUST BK ATLANTA CD - IRA | B | Interest | | | Sold | 12/20/18 | L | | |
| 34. TOTAL SA/SPON ADR - IRA | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. RIVERVIEW BANK - SAVINGS ACCT | A | Interest | J | T | | | | | |
| 36. HOME DEPOT INC - IRA | A | Dividend | K | T | | | | | |
| 37. LYONDELLBASELL IND - IRA | A | Dividend | J | T | Sold (part) | 05/21/18 | J | A | |
| 38. OCCIDENTAL PETE - IRA | A | Dividend | J | T | | | | | |
| 39. SUNTRUST BK DEP SWEEP - IRA | A | Interest | M | T | | | | | |
| 40. SUNTRUST BANK SWEEP - IRA 2 | A | Interest | J | T | | | | | |
| 41. AMERICAN INT'L GRP - IRA 2 | | None | | | Sold | 01/16/18 | J | | |
| 42. SUNTRUST BANK SWEEP - IRA 3 | A | Interest | J | T | | | | | |
| 43. AT&T | A | Dividend | J | T | Sold (part) | 03/14/18 | J | A | |
| 44. ABBVIE INC | A | Dividend | J | T | Sold (part) | 02/15/18 | J | B | |
| 45. AMGEN INC | A | Dividend | J | T | Sold (part) | 02/15/18 | J | B | |
| 46. APPLE INC | A | Dividend | J | T | Sold (part) | 02/15/18 | J | B | |
| 47. LYONDELLBASELL INC | A | Dividend | J | T | Sold (part) | 05/21/18 | J | A | |
| 48. BLACKROCK INC | A | Dividend | J | T | Sold (part) | 01/29/18 | J | B | |
| 49. DOWDUPONT | A | Dividend | J | T | Sold (part) | 04/30/18 | J | B | |
| 50. DUKE ENERGY | A | Dividend | J | T | Sold (part) | 03/14/18 | J | A | |
| 51. HOME DEPOT | A | Dividend | J | T | Sold (part) | 04/30/18 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. INTEL CORP | A | Dividend | J | T | Sold (part) | 01/08/18 | J | C | |
| 53. JP MORGAN CHASE | A | Dividend | J | T | Sold (part) | 02/15/18 | J | B | |
| 54. JOHNSON & JOHNSON | A | Dividend | J | T | Sold (part) | 03/14/18 | J | B | |
| 55. KLA - TENCOR CORP | A | Dividend | J | T | Sold (part) | 05/21/18 | J | A | |
| 56. MERCK & CO INC | A | Dividend | J | T | Sold (part) | 03/14/18 | J | | |
| 57. MICROSOFT CORP | A | Dividend | K | T | Sold (part) | 05/21/18 | J | C | |
| 58. NEXTERA ENERGY | A | Dividend | J | T | Sold (part) | 03/14/18 | J | B | |
| 59. OCCIDENTAL PETROLEUM | A | Dividend | J | T | Sold (part) | 05/21/18 | J | | |
| 60. PEPSICO INC | A | Dividend | J | T | Sold (part) | 03/14/18 | J | A | |
| 61. PFIZER INC | A | Dividend | J | T | Sold (part) | 05/21/18 | J | A | |
| 62. PHILIP MORRIS INTL | A | Dividend | | | Sold | 04/26/18 | J | | |
| 63. TOTAL S.A. SPONS. ADR | A | Dividend | J | T | Sold (part) | 03/14/18 | J | | |
| 64. VERIZON COMM | A | Dividend | J | T | Sold (part) | 03/14/18 | J | | |
| 65. WELLS FARGO & CO NEW | A | Dividend | J | T | Sold (part) | 02/15/18 | J | A | |
| 66. MORGAN STANLEY DW DISC NT | A | Interest | | | Sold | 04/30/18 | J | | |
| 67. SUNTRUST BK ATLANTA 1.62% | A | Interest | | | Sold | 07/30/18 | K | | |
| 68. SUNTRUST M/M AK | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. CME GROUP INC | A | Dividend | J | T | Sold (part) | 03/14/18 | J | B | |
| 70. CMS ENERGY | A | Dividend | J | T | Sold (part) | 05/21/18 | J | A | |
| 71. CISCO SYSTEMS | A | Dividend | J | T | Sold (part) | 03/14/18 | J | A | |
| 72. INTERNATIONAL PAPER | A | Dividend | J | T | Sold (part) | 03/14/18 | J | A | |
| 73. INTERNATIONAL PAPER IRA | A | Dividend | J | T | Sold (part) | 05/21/18 | J | A | |
| 74. CME GROUP INC IRA | A | Dividend | K | T | | | | | |
| 75. CMS ENERGY CORP IRA | A | Dividend | K | T | | | | | |
| 76. CISCO SYSTEMS IRA | A | Dividend | K | T | | | | | |
| 77. FT UNIT 5567 INT RATE HEDGE IRA | A | Dividend | | | Sold | 01/09/18 | L | | |
| 78. PRIMAL SPACE SYS INC | | None | L | W | | | | | |
| 79. FT PORTFOLIOS MID CAP IRA 2 (FNX) | A | Dividend | | | Sold | 02/09/18 | J | B | |
| 80. EATON CORP PLC IRA | A | Dividend | J | T | | | | | |
| 81. CHEVRON CORP IRA | A | Dividend | J | T | | | | | |
| 82. TAPESTRY IRA | A | Dividend | J | T | | | | | |
| 83. CORNING INC IRA | A | Dividend | J | T | | | | | |
| 84. CROWN CASTLE INTL IRA | A | Dividend | J | T | | | | | |
| 85. DIGITAL REALTY TR. IRA | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. FT UNIT 5986 HIGH INC. SER 19 IRA | E | Dividend | N | T | Sold (part) | 04/25/18 | K | | |
| 87. HELMERICH & PAYNE INC. IRA | A | Dividend | J | T | | | | | |
| 88. GENUINE PARTS CO. IRA | A | Dividend | J | T | | | | | |
| 89. RAYTHEON IRA | A | Dividend | J | T | | | | | |
| 90. SCHUMBERGER IRA | A | Dividend | J | T | | | | | |
| 91. 3 M COMPANY IRA | A | Dividend | J | T | | | | | |
| 92. EATON CORP PLC | A | Dividend | J | T | Sold (part) | 03/14/18 | J | A | |
| 93. TAPESTRY | A | Dividend | J | T | Sold (part) | 03/14/18 | J | A | |
| 94. CORNING INC. | A | Dividend | J | T | Sold (part) | 03/14/18 | J | A | |
| 95. CROWN CASTLE INTL | A | Dividend | J | T | Sold (part) | 05/21/18 | J | A | |
| 96. DIGITAL REALTY TR INC. | A | Dividend | J | T | Sold (part) | 05/21/18 | J | A | |
| 97. GENUINE PARTS CO. | A | Dividend | J | T | Sold (part) | 03/14/18 | J | | |
| 98. HELMERICH & PAYNE | A | Dividend | J | T | Sold (part) | 05/21/18 | J | A | |
| 99. RAYTHEON CORP. | A | Dividend | J | T | Sold (part) | 05/21/18 | J | A | |
| 100. SCHLUMBERGER LTD. | A | Dividend | J | T | Sold (part) | 05/21/18 | J | | |
| 101. 3 M COMPANY | A | Dividend | J | T | Sold (part) | 03/14/18 | J | A | |
| 102. CONTINUOUS PRECISION MEDICINE INC. | | None | J | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. MERRILL LYNCH CMA A/C | A | Dividend | J | T | | | | | |
| 104. MACQUARIE INFRASTRUCTURE | A | Dividend | | | Sold | 02/26/18 | J | | |
| 105. CHEVRON CORP. | A | Dividend | J | T | Sold (part) | 05/21/18 | J | A | |
| 106. DELTA AIRLINES | A | Dividend | J | T | Sold (part) | 05/21/18 | J | | |
| 107. DELTA AIRLINES IRA | A | Dividend | J | T | | | | | |
| 108. MACQUARIE INFRASTRUCTURE IRA | A | Dividend | | | Sold | 02/26/18 | J | | |
| 109. US BANCORP | A | Dividend | J | T | Sold (part) | 03/14/18 | J | | |
| 110. UNION PACIFIC | A | Dividend | J | T | Sold (part) | 03/14/18 | J | A | |
| 111. AB LARGE CAP GROWTH - ML | A | Dividend | J | T | | | | | |
| 112. ISHARES CORE S&P MID - CORP - ML | A | Dividend | J | T | | | | | |
| 113. DEVON ENERGY CORP - ML | A | Dividend | J | T | | | | | |
| 114. VANGUARD INDEX FUNDS IRA (2) | A | Dividend | K | T | Sold (part) | 02/12/18 | L | C | |
| 115. WELLS FARGO & CO. M&N 5.75% IRA (3) | A | Interest | | | Sold | 02/01/18 | J | | |
| 116. ISHARES CORE S&P 500 ETF - IRA (3) | A | Dividend | J | T | | | | | |
| 117. ISHARES CORE MSCI EMERGING - IRA (3) | A | Dividend | J | T | | | | | |
| 118. ISHARES RUSSELL 2000 IRA (3) | A | Dividend | | | Sold | 06/15/18 | J | A | |
| 119. ISHARES SELECT IRA (3) | A | Dividend | J | T | | | | | |

| | | | |
|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.   ISHARES TR EAFE SML CP IRA (3) | A | Dividend | J | T | | | | | |
| 121.   ISHARES TR RUS MID CAP IRA (3) | A | Dividend | J | T | | | | | |
| 122.   ISHARES TR CORE MSCI EAFE IRA (3) | A | Dividend | J | T | | | | | |
| 123.   ISHARES IBOXX INV GRADE IRA (3) | A | Dividend | J | T | | | | | |
| 124.   ISHARES TR MBS IRA (3) | A | Dividend | J | T | | | | | |
| 125.   ISHARES TR US TREAS BD IRA (3) | A | Dividend | J | T | | | | | |
| 126.   POWERSHARES EXCHANGE TRADED TR II IRA (3) | A | Dividend | J | T | | | | | |
| 127.   UNITED PARCEL SERVICES | A | Dividend | J | T | Buy | 03/14/18 | J | | |
| 128.   UNITED PARCEL SERVICES | A | Dividend | | | Sold (part) | 05/21/18 | J | A | |
| 129.   BROADCOM INC | A | Dividend | J | T | Buy | 01/18/18 | J | | |
| 130.   SYSCO CORP | A | Dividend | J | T | Buy | 04/26/18 | J | | |
| 131.   BROADCOM INC IRA | A | Dividend | K | T | Buy | 01/08/18 | K | | |
| 132.   CV SCIENCES INC IRA | | None | K | T | Buy | 08/13/18 | K | | |
| 133.   SYSCO CORP IRA | A | Dividend | J | T | Buy | 04/26/18 | J | | |
| 134.   UNION PACIFIC IRA | A | Dividend | K | T | Buy | 03/28/18 | J | | |
| 135.   UNITED PARCEL SERVICES IRA | A | Dividend | J | T | Buy | 03/09/18 | J | | |
| 136.   U.S. BONCORP IRA | A | Dividend | J | T | Buy | 01/11/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. FIRST TR LGE CAP CORE ALPHA IRA | A | Dividend | L | T | Buy | 11/20/18 | L | | |
| 138. VANGUARD SM CORP VALUE IRA-2 | A | Dividend | J | T | Buy | 02/12/18 | J | | |
| 139. VANGUARD SM CAP VALUE IRA-2 | A | Dividend | J | T | Sold (part) | 06/05/18 | J | A | |
| 140. DFA TX MGT U.S. MKTW IRA-2 | A | Dividend | J | T | Buy | 06/08/18 | J | | |
| 141. DFA U.S. LG CAP IRA-2 | A | Dividend | J | T | Buy | 06/08/18 | J | | |
| 142. LORD ABBETT FL RATE IRA-2 | A | Dividend | J | T | Buy | 06/08/18 | J | | |
| 143. FIRST TRUST NASDAQ 100 TECH IRA-2 | A | Dividend | J | T | Buy | 02/12/18 | J | | |
| 144. INVESCO ETF TR II IRA-2 | A | Dividend | K | T | Buy | 02/12/18 | K | | |
| 145. INVESCO ETF TR II IRA-2 | A | Dividend | J | T | Sold (part) | 11/26/18 | J | | |
| 146. ISHARES TJPS BOND ETF IRA-2 | A | Dividend | J | T | Buy | 02/12/18 | K | | |
| 147. VANGUARD BD INDEX ST IRA-2 | A | Dividend | J | T | Buy | 02/12/18 | J | | |
| 148. VANGUARD BD INDEX ST IRA-2 | A | Dividend | | | Sold (part) | 11/26/18 | J | | |
| 149. VANGUARD HEALTHCARE IRA-2 | A | Dividend | J | T | Buy | 02/12/18 | J | | |
| 150. VANGUARD HEALTHCARE IRA-2 | A | Dividend | | | Sold (part) | 09/05/18 | J | A | |
| 151. VANGUARD INT'L EQ. INDEX FD IRA-2 | A | Dividend | J | T | Buy | 02/12/18 | J | | |
| 152. VANGUARD INT'L EQ INDEX FG IRA-2 | A | Dividend | | | Sold | 03/15/18 | J | A | |
| 153. FEDERATED STRATEGIC VALUE IRA-2 | A | Dividend | | | Buy | 02/12/18 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  FEDERATED STRATEGIC VALUE IRA-2 | A | Dividend | | | Sold | 06/08/18 | K | | |
| 155.  I SHARES MSCIJPN IRA (3) | A | Dividend | J | T | Buy | 06/15/18 | J | | |
| 156. | | | | | | | | | |
| 157. | | | | | | | | | |
| 158. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES III, JOHN E. | 05/15/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII - NAME CHANGE:
COACH INC. IS NOW TAPESTRY

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ JOHN E. JONES III**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544